## VENUS *v.* UNITED STATES.

No. 75.   Argued December 14, 1961.—Decided December 18, 1961.

*Hayden C. Covington* argued the cause and filed briefs for petitioner.

*Jerome M. Feit* argued the cause for the United States. With him on the briefs were *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg.*

PER CURIAM.

The judgment is reversed with instructions to dismiss the indictment. *Ward* v. *United States,* 344 U. S. 924, reversing 195 F. 2d 441 (C. A. 5th Cir.).

## DUTTON ET AL. *v.* TAWES, GOVERNOR OF MARYLAND.

No. 533.   Decided December 18, 1961.

*Hyman A. Pressman* for appellants.

*Thomas B. Finan,* Attorney General of Maryland, and *Joseph S. Kaufman,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.